**FILED**

JUL 2 7 2009

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MUHAMMED RAHIM,<br>A.K.A. ICRC No. 10029, B01393 (ISN 10030),<br>Detainee, U.S. Naval Station<br>Guantanamo Bay, Cuba,<br><br>       *Petitioner,*<br><br>v.<br><br>BARACK H. OBAMA, President,<br>ROBERT M. GATES, Secretary of Defense,<br>REAR ADMIRAL TOM COPERMAN,<br>    Commander, Joint Task Force Guantanamo,<br>ARMY COL. BRUCE VARGO, Commander,<br>    Joint Detention Group, Joint Task Force –<br>    Guantanamo<br><br>       *Respondents.* | Civil Action No.<br><br>09-cv-<br><br>**09 1385** |

## ORDER

In the interest of facilitating the appointment of counsel in cases of detainees at Guantanamo, pursuant to the agreement of the Judges of this Court acting in Executive Session, July 1, 2008, it is hereby

**ORDERED** that the Office of the Federal Public Defender for the Northern District of Ohio is appointed to represent the Petitioner, Muhammed Rahim (ISN 10030), and that the individual attorneys from this Federal Defender office who will represent the

Petitioner shall file a notice of appearance and, pursuant to LCvR 83.2(e), shall be allowed to appear in this Court as employees of the United States. Attorneys so appointed shall, pursuant to LCvR 5.4(b), obtain a CM/ECF password from the Clerk in order to file documents with the Court or to receive copies of opinions and orders of the Court.

**SO ORDERED.**

July 27, 2009

Royce C. Lamberth
Chief Judge